UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TOBIAS BUSCHMANN

Plaintiff,

-against-

KAZUMASA TERADA

Defendant.

26-CV-05535 (JAV) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the status conference held on September 24, 2026:

1. The parties anticipate that a settlement conference could be productive after a decision on Defendant's anticipated motion to dismiss.
2. Any letter-motion to stay discovery shall be filed by **December 28, 2026**, and any opposition to any such motion shall be filed by **January 4, 2027**.

DATED: September 24, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**